No. 10–375. PEREZ *v.* WELLS FARGO BANK MINNESOTA, NATIONAL ASSN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–378. EDWARDS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 10–379. COLUMBIA VENTURE, LLC *v.* DEWBERRY & DAVIS, LLC, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–386. DUNN *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 10–392. JUNKERT *v.* MASSEY. C. A. 7th Cir. Certiorari denied.

No. 10–394. ATWELL *v.* WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–395. MIKKILINENI *v.* CITY OF HOUSTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–396. BOARD OF DIRECTORS OF THE TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–399. SMITH *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–403. WRIGHT, FKA SANGER *v.* BROWN, PERSONAL REPRESENTATIVE OF THE ESTATE OF SANGER, DECEASED. Ct. App. Mich. Certiorari denied.

No. 10–406. ROOT *v.* FAIRFAX COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–408. GLACIER ELECTRIC COOPERATIVE, INC. *v.* ESTATE OF SHERBURNE ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–410. MCCORMICK ET AL. *v.* BECHTOL ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.